**No. 11-368. Torina A. Collis, Petitioner v. Bank of America, N.A.**

565 U.S. 1036, 132 S. Ct. 589, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8163.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 195.

**No. 11-380. Jennifer Workman, Petitioner v. Mingo County Board of Education.**

565 U.S. 1036, 132 S. Ct. 590, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8260.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 348.

**No. 11-384. Silgan Containers Corporation, Petitioner v. National Union Fire Insurance Company of Pittsburgh, Pennsylvania.**

565 U.S. 1036, 132 S. Ct. 602, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8223.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 709.

**No. 11-402. Victory Through Jesus Sports Ministry Foundation, Petitioner v. Lee's Summit R-7 School District, et al.**

565 U.S. 1036, 132 S. Ct. 592, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8209.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 640 F.3d 329.

**No. 11-447. Dana Holland, Petitioner v. City of Chicago, Illinois, et al.**

565 U.S. 1036, 132 S. Ct. 593, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8224.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 643 F.3d 248.

**No. 11-486. Louis Daidone, Petitioner v. United States.**

565 U.S. 1036, 132 S. Ct. 598, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8226.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 422 Fed. Appx. 26.

**No. 11-5073. Edward F. Kinane, et al., Petitioners v. United States.**

565 U.S. 1036, 132 S. Ct. 574, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8285.

November 14, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 12 A.3d 23.